Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile:725-248-2907
amy.samberg@clydeco.us
dylan.todd@clydeco.us

*Attorneys for Kinsale Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation;<br><br>Plaintiff,<br><br>v.<br><br>ADVANCE ENERGY INC. dba THUNDER POWER RC, a Nevada corporation; KATHERINE JEANJAQUET-KOHAN, individually, as Administratrix of the Estates of VINDEMIATRIX ATHENA KOHAN and HUGH GRANT JEANJAQUET, and as parent and/or guardian of JOHN DOE SKOVENSKY, a minor; HAILEY JEANJAQUET, an individual; JAMES TYLER SKOVENSKY, individually and as parent and/or guardian of JOHN DOE SKOVENSKY, a minor;<br><br>Defendants. | CASE NO.:  2:25-cv-02586-MMD-EJY<br><br>**STIPULATION AND ORDER FOR CONSENT JUDGMENT WITH ADVANCE ENERGY INC. d/b/a THUNDER POWER RC** |

Plaintiff KINSALE INSURANCE COMPANY ("Kinsale") by and through its undersigned counsel of record and Defendant ADVANCE ENERGY INC. d/b/a THUNDER POWER RC ("Advance Energy") hereby stipulate and agree that the Kinsale Insurance Policy No. 0100204737-0 (hereinafter "Policy") does not provide coverage in any way for the lawsuit titled *Katherine Jeanaquet-Kohan, et. al. v. Liberating Technologies, Inc. et. al.* in the Court of Common Pleas for

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

Allegheny County, Pennsylvania as Case No. GD-25-008082 (the "Pennsylvania Action") or for any damages arising from the fire that occurred on July 26, 2023, that is the subject of the Pennsylvania Action under the Policy. Advance Energy further stipulates and agrees that it is not seeking either a defense or indemnity from Kinsale for the Pennsylvania Action under the Policy. and forever waives any such rights as it relates to the Underlying Lawsuit. Kinsale further waives and releases any claim against Advance Energy for reimbursement, recoupment, restitution, offset, repayment, or recovery of any attorneys' fees, defense costs, claim expenses, or other amounts previously incurred, paid, or advanced in connection with the defense of the Pennsylvania Action prior to entry of the Judgment.

Advance Energy further agrees, stipulates, and consents to judgment being entered in this case in favor of Plaintiff Kinsale Insurance Company declaring it has no coverage obligations whatsoever for either defense or indemnity of the Pennsylvania Action under the Policy. Each party shall bear its own attorneys' fees and costs incurred in this action. The parties agree that upon entry of this consent stipulated judgment, Kinsale's motion for default judgment is resolved and that said motion will now be moot.

Dated: April __13__, 2026

CLYDE & CO US LLP

/s/ Dylan P. Todd

Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
*Attorneys for Plaintiff,*
*Kinsale Insurance Company*

Dated: April _____, 2026
4/13/2026 | 11:25:55 AM PDT

ADVANCE ENERGY, INC.

DocuSigned by:

Wen Fee Wang

Wen Fee Wang, President
*Advance Energy, Inc. dba Thunder Powert RC*

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

*Kinsale Ins. Co. v. Advance Energy, Inc. d/b/a Thunder Power RC, et al*
*Case No.: 2:25-cv-02586-MMD-EJY*

### ORDER

**BASED ON THE STIPULATION OF THE PARTIES** and good cause appearing; therefore

**IT IS DECLARED AND ORDERED** that a consent judgment is hereby entered that no coverage is afforded to Defendant ADVANCE ENERGY INC. d/b/a THUNDER POWER RC under the Kinsale Insurance Company Policy No. Policy No. 0100204737-0, does not provide coverage in any way for the fire that occurred on July 26, 2023, that is the subject of the Pennsylvania Action titled *Katherine Katherine Jeanaquet-Kohan, et. al. v. Liberating Technologies, Inc. et. al.* in the Court of Common Pleas for Allegheny County, Pennsylvania, Case No. GD-25-008082 , or for any damages related in any way to the subject July 26, 2023, fire.

It is further Ordered that Kinsale's Motion for Default Judgment (ECF No. 11) is fully resolved and is denied as moot.

Dated: ___April 14_____, 2026

_____

Respectfully Submitted by:

CLYDE & CO US LLP


/s/ Dylan P. Todd
_____
Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone:    725-248-2900
*Attorneys for Plaintiff*
*Kinsale Insurance Company*