Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile:725-248-2907
amy.samberg@clydeco.us
dylan.todd@clydeco.us

*Attorneys for Kinsale Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation;<br><br>Plaintiff,<br><br>v.<br><br>ADVANCE ENERGY INC. dba THUNDER POWER RC, a Nevada corporation; KATHERINE JEANJAQUET-KOHAN, individually, as Administratrix of the Estates of VINDEMIATRIX ATHENA KOHAN and HUGH GRANT JEANJAQUET, and as parent and/or guardian of JOHN DOE SKOVENSKY, a minor; HAILEY JEANJAQUET, an individual; JAMES TYLER SKOVENSKY, individually and as parent and/or guardian of JOHN DOE SKOVENSKY, a minor;<br><br>Defendants. | CASE NO.:  2:25-cv-02586-MMD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff KINSALE INSURANCE COMPANY ("Kinsale") by and through its undersigned counsel of record and Defendants KATHERINE JEANJAQUET-KOHAN, INDIVIDUALLY, AS ADMINISTRATRIX OF THE ESTATES OF VINDEMIATRIX ATHENA KOHAN AND HUGH GRANT JEANJAQUET, AND AS PARENT AND/OR GUARDIAN OF JOHN DOE SKOVENSKY, A MINOR; HAILEY JEANJAQUET, AN INDIVIDUAL; JAMES TYLER

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

SKOVENSKY, INDIVIDUALLY AND AS PARENT AND/OR GUARDIAN OF JOHN DOE SKOVENSKY, A MINOR ("Defendants") hereby stipulate and agree that Defendant has an extension of time to respond to Plaintiff's Complaint to June 29, 2026.

The Parties provide the following good cause to grant this stipulation.  Defendants are residents of the State of Pennsylvania and are plaintiffs in the lawsuit titled *Katherine Jeanaquet-Kohan, et. al. v. Liberating Technologies, Inc. et. al.* in the Court of Common Pleas for Allegheny County, Pennsylvania as Case No. GD-25-008082 (the "Pennsylvania Action").  Defendants are evaluating their case in the Pennsylvania Action and have requested additional time to assess and determine whether they will want to participate in this Declaratory Judgment Action or enter into a stipulation similar to the one previously approved by the Court (ECF No. 15).  In the event that Defendants elect not to proceed and contest Kinsale's coverage position, the parties will file a Joint Status Report by no later than June 29, 2026, advising the Court of the same while they attempt to work out the stipulation language for the full and complete dismissal of the remaining Parties.  If Defendants do elect to proceed with contesting Kinsale's coverage position, then Defendants will file their Answer to the Complaint by June 29, 2026.

The delay in getting this stipulation on file with the Court was unavoidable. Defendants' counsel in the Pennsylvania Action are not licensed in Nevada, and that local counsel needed to be procured in order to properly stipulate for the extension with the Court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

Accordingly, the Parties stipulate and request the Court's approval to extend the deadline for Defendants to file their answer to the Complaint to **June 29, 2026.**

Dated: June 12, 2026

CLYDE & CO US LLP

*/S/ Dylan P. Todd*

Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
***Attorneys for Plaintiff,***
***Kinsale Insurance Company***

Dated: June 12, 2026

GGRM LAW FIRM

*/s/ Jason Guinasso*

Jason Guinasso (NV Bar No. 8478)
5375 Kietzke Lane
Reno, NV 89511
Phone : (775) 993-8898
jguinasso@ggrmlawfirm.com
***Attorneys for Defendants KATHERINE JEANJAQUET-KOHAN, individually, as Administratrix of the Estates of VINDEMIATRIX ATHENA KOHAN and HUGH GRANT JEANJAQUET, and as parent and/or guardian of JOHN DOE SKOVENSKY, a minor; HAILEY JEANJAQUET, an individual; JAMES TYLER SKOVENSKY, individually and as parent and/or guardian of JOHN DOE SKOVENSKY, a minor***

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _____June 15, 2026_____

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

- 3 -