Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900
Facsimile:725-248-2907
amy.samberg@clydeco.us
dylan.todd@clydeco.us

*Attorneys for Kinsale Insurance Company*

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KINSALE INSURANCE COMPANY, an Arkansas corporation;

Plaintiff,

v.

ADVANCE ENERGY INC. dba THUNDER POWER RC, a Nevada corporation; KATHERINE JEANJAQUET-KOHAN, individually, as Administratrix of the Estates of VINDEMIATRIX ATHENA KOHAN and HUGH GRANT JEANJAQUET, and as parent and/or guardian of JOHN DOE SKOVENSKY, a minor; HAILEY JEANJAQUET, an individual; JAMES TYLER SKOVENSKY, individually and as parent and/or guardian of JOHN DOE SKOVENSKY, a minor;

Defendants.

CASE NO.: 2:25-cv-02586-MMD-EJY

**ORDER GRANTING STIPULATION FOR CONSENT JUDGMENT WITH DEFENDANTS, KATHERINE JEANJAQUET-KOHAN, individually, as Administratrix of the Estates of VINDEMIATRIX ATHENA KOHAN and HUGH GRANT JEANJAQUET, and as parent and/or guardian of JOHN DOE SKOVENSKY, a minor; HAILEY JEANJAQUET, an individual; JAMES TYLER SKOVENSKY, individually and as parent and/or guardian of JOHN DOE SKOVENSKY**

Plaintiff KINSALE INSURANCE COMPANY ("Kinsale") by and through its undersigned counsel of record and Defendants KATHERINE JEANJAQUET-KOHAN, individually, as Administratrix of the Estates of VINDEMIATRIX ATHENA KOHAN and HUGH GRANT JEANJAQUET, and as parent and/or guardian of JOHN DOE SKOVENSKY, a minor; HAILEY JEANJAQUET, an individual; JAMES TYLER SKOVENSKY, individually and as parent and/or

guardian of JOHN DOE SKOVENSKY ("Kohan Defendants") hereby stipulate and agree that the Kinsale Insurance Policy No. 0100204737-0, (hereinafter "Policy") does not provide coverage in any way for the underlying lawsuit *Katherine Jeanaquet-Kohan, et al v. Liberating Technologies, Inc., et al*, in the Court of Common Pleas for Allegheny County, Pennsylvania as Case No. GD-25-008082 (the "Pennsylvania Action").

Kohan Defendants further agree, stipulate, and consent to judgment being issued in this case in favor of Plaintiff Kinsale Insurance Company declaring Kinsale Insurance Policy No. 0100204737-0 provides no coverage obligations for the defense or indemnity for the Underlying Lawsuit.

Dated: July 24, 2026

CLYDE & CO US LLP

***/s/ Dylan P. Todd***

Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900
Amy.samberg@clydeco.us
Dylan.todd@clydeco.us
***Attorneys for Plaintiff, Kinsale Insurance Company***

Dated: July 24, 2026

GREENMAN, GOLDBERG, RABY & MARTINEZ

***/s/ Jason Guinasso***

Jason Guinasso (NV Bar No. 8478)
5375 Kietzke Lane
Reno, NV 89511
Phone : (775) 993-8898
jguinasso@ggrmlawfirm.com
***Attorneys for Kohan Defendants***



CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

*Kinsale Ins. Co. v. Advance Energy, Inc. d/b/a Thunder Power RC, et al*
***Case No.: 25-cv-02586-MMD-EJY***

**ORDER**

**BASED ON THE STIPULATION OF THE PARTIES** and good cause appearing; therefore

**IT IS DECLARED AND ORDERED** that no coverage is afforded in any way to Defendant ADVANCE ENERGY INC. d/b/a THUNDER POWER RC or Kohan Defendants under the Kinsale Insurance Company Policy No. 01002037-0, for the underlying lawsuit (*Katherine Jeanaquet-Kohan, et al v. Liberating Technologies, Inc., et al*, in the Court of Common Pleas for Allegheny County, Pennsylvania as Case No. GD-25-008082).

Dated: July 28, 2026



Respectfully Submitted by:

CLYDE & CO US LLP

***/s/ Dylan P. Todd***

Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900
*Attorneys for Plaintiff*
*Kinsale Insurance Company*

Todd, Raphaela

From: Todd, Dylan
Sent: Sunday, July 26, 2026 4:58 PM
To: Todd, Raphaela
Subject: FW: Amended Draft Stipulation

See below, looks like we can get it finalized to file Monday.

**From:** Jason Guinasso <jguinasso@ggrmlawfirm.com>
**Sent:** Friday, July 24, 2026 12:46 PM
**To:** Heinold, Drew <DHeinold@smbb.com>
**Cc:** Todd, Dylan <Dylan.Todd@clydeco.us>
**Subject:** Re: Amended Draft Stipulation

Good afternoon -

Yes, please add my e-signature.

Please list my firm as GGRM Law Firm.

Thank you

On Jul 24, 2026, at 11:04 AM, Heinold, Drew <DHeinold@smbb.com> wrote:

Dylan,

Substantively, it looks good to me. One item that would need to be changed is you have my firm "Saltz Mongeluzzi Bendesky" on the signature, but that would have to be Jason's firm.

Jason, can you let us know if you are ok with having your name signed on this? And can you let us know if the firm name for the signature line should be GGRM Law Firm or listed as Greenman, Boldberg, Raby and Martinez Law Firm?

**K. Andrew Heinold**
Partner

<image001.png> <image002.png>
One Liberty Place, 1650 Market Street, 52nd Floor,
Philadelphia, PA 19103
+1 215.575.2982 (office)
dheinold@smbb.com | www.smbb.com

**From:** Todd, Dylan <Dylan.Todd@clydeco.us>
**Sent:** Friday, July 24, 2026 1:56 PM
**To:** Heinold, Drew <DHeinold@smbb.com>; Jason Guinasso <jguinasso@ggrmlawfirm.com>
**Subject:** Amended Draft Stipulation

**CAUTION: This message originated outside of the SMBB.com email system. Do not click on links or open attachments unless you were expecting this email.**

---

Drew,

Per our discussion see the attached final that I want to present to my client for execution and agreement on the grounds that it is filed today. I have removed the assignment section and kept your proposed changes to the second paragraph with the exception of a grammatical issue with double negatives.

As with our previous stipulation, Jason is listed as the signatory. Please advise if you approve as soon as possible.

Thanks

**Dylan Todd**
Senior Counsel | Clyde & Co US LLP
**Direct Dial:** +1 725 248 2883 | **Mobile:** +1 702 427 6931

<image004.png> | 7251 West Lake Mead Boulevard | Suite 430 | Las Vegas | NV 89128 | USA
Main +1 725 248 2900 | **www.clydeco.us**

**If our account details change, we will notify these to you by letter, telephone or face-to-face and never by email.**

This email message and any attachments may contain legally privileged and/or confidential information intended solely for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this email message in error, please immediately notify us by telephone, fax or email and delete the message and all attachments thereto. Thank you. Clyde & Co US LLP is a Delaware limited liability law partnership affiliated with Clyde & Co LLP, a multinational partnership regulated by The Law Society of England and Wales.

Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

Disclaimer: This e-mail message is intended only for the personal and confidential use of the intended recipients. This message may contain privileged attorney-client communication. If you have received this message in error, any review or dissemination is strictly prohibited. Please notify us immediately by e-mail and delete the original message.

* * * This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.