# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KINSALE INSURANCE COMPANY,

Plaintiff,

v.

ADVANCE ENERGY INC. d/b/a THUNDER, POWER RC, et al.

Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:25-cv-02586-MMD-EJY

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___ **Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

X **Consent to Judgment.** The Court granted the parties stipulation for entry of final judgment.

**IT IS ORDERED AND ADJUDGED**. Judgment entered in favor of Plaintiff Kinsale Insurance Company declaring Kinsale Insurance Policy No. 0100204737-0 provides no coverage obligations for the defense or indemnity for the Underlying Lawsuit.

Date: July 28, 2026

DEBRA K. KEMPI
Clerk

/s/K. Walker
Deputy Clerk